UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA PARTYKA,

    Plaintiff,                              Case No. 17-cv-10237
                                                Hon. Matthew F. Leitman

v.

KALITTA AIR LLC,

    Defendant.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Stipulation of Dismissal of Action by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: December 21, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2017, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                        (810) 341-9764